Case No. 05-1225

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ROBERT HARRIS,<br><br>    Plaintiff-Appellee,<br>v.<br><br>MONTE GORE,<br><br>    Defendant-Appellant,<br>and<br><br>SCOTT TEETSEL,<br><br>    Defendant. | |

ON APPEAL FROM THE DECISION OF
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(Honorable John L. Kane)

Civil Action No. 98-K-2501

APPELLEE'S UNOPPOSED MOTION
TO VACATE AND RESCHEDULE ORAL ARGUMENT

    Plaintiff-Appellee Robert Harris, through counsel, respectfully requests pursuant to 10th Cir. Rule 34.1(A)(3) that the Court vacate and reset the oral argument currently scheduled for November 15, 2006 at 9 a.m., and in support states as follows:

1. This matter has been set for oral argument on November 15, 2006, commencing at 9:00 a.m.

2. Michael S. Freeman entered an appearance on behalf of Mr. Harris on July 3, 2003, and has been lead counsel for Appellee with primary responsibility for this matter since that time. Mr. Freeman is a primary author of the briefs in this matter. While he will not be the attorney responsible for conducting oral argument, his participation in preparation for oral argument is essential to the effective representation of Appellee.[1]

3. Mr. Freeman is, and will continue to be, out of the office for personal reasons until the week of the scheduled argument. As a result, Mr. Freeman will be unavailable to assist with a practice argument and other necessary preparation prior to November 15. Accordingly, Appellee submits that sufficiently extraordinary circumstances are present to justify the rescheduling of oral argument, as required by 10th Cir. Rule 34.1(A)(3).

4. Undersigned counsel understands that the Court is scheduled to hear oral arguments in Denver the week of January 16, 2007. The undersigned, Mr. Freeman, and counsel for Appellant are all available for a setting during that time.

---

[1] In addition, undersigned counsel, who will be arguing this matter, will have difficulty devoting adequate time to preparation for the argument prior to November 15. Undersigned counsel is heavily involved in discovery obligations in two cases venued in Michigan and New Mexico.

5. This is the first request by Appellee for change of the oral argument date in this matter. Appellee does not request this continuance for purposes of delay or to prejudice Appellant in any manner. If oral argument is not reset, however, Appellee will be prejudiced in preparation for the argument.

6. Undersigned counsel has conferred with Mr. Joshua Marks, counsel for Appellant. Mr. Marks has authorized the undersigned to inform the Court that Appellant does not object to the requested relief.

Respectfully submitted this 13th day of October, 2006.

    s/ <u>Jacy T. Jasmer</u>
Jacy T. Jasmer, #36717
Michael S. Freeman, #30007
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Main Number: (303) 607-3500
Fax Number: (303) 607-3600
jjasmer@faegre.com
mfreeman@faegre.com

Kathryn Miller, Esq.
Miller & Steiert, PC
1901 W Littleton Blvd
Littleton, CO 80120
katym@m-s-lawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of October, 2006, a true and correct copy of the foregoing Unopposed Motion to Vacate and Reschedule Oral Argument was served via First-Class U.S. Mail, postage pre-paid, to the following:

Josh A. Marks, Esq.  
Melanie B. Lewis, Esq.  
Berg Hill Greenleaf & Ruscitti LLP  
1712 Pearl Street  
Boulder, CO 80302

Robert M. Liechty, Esq.  
Cross & Liechty, P.C.  
400 S Colorado Blvd, Suite 900  
Denver, CO 80246

Mr. Robert Harris  
Register No. 43785  
Colorado Correctional Center  
P.O. Box 4020  
Golden, CO 80401-0020

Kathryn Miller, Esq.  
Miller & Steiert, PC  
1901 W Littleton Blvd  
Littleton, CO 80120

    I further certify that on this 13th day of October, 2006, a true and correct copy of the foregoing Unopposed Motion to Vacate and Reschedule Oral Argument was also served in PDF form by electronic mail to the following:

Josh A. Marks, Esq.  
Melanie B. Lewis, Esq.  
Berg Hill Greenleaf & Ruscitti LLP  
1712 Pearl Street  
Boulder, CO 80302  
jam@bhgrlaw.com  
mbl@bhgrlaw.com

Robert M. Liechty, Esq.  
Cross & Liechty, P.C.  
400 S Colorado Blvd, Suite 900  
Denver, CO 80246  
rliechty@crossliechty.com

Kathryn Miller, Esq.  
Miller & Steiert, PC  
1901 W Littleton Blvd  
Littleton, CO 80120  
katym@m-s-lawyers.com

    s/ <u>Gregory Apt</u>  
    Gregory S. Apt

# CERTIFICATE OF DIGITAL SUBMISSION

Counsel for Appellee Robert Harris certify that all required privacy redactions have been made, and with the exceptions of any required redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and the digital submissions have been scanned for viruses with the Trend Micro OfficeScan, Version 7.0, updated through October 6, 2006, and according to the program are free of viruses.

I further certify that I caused an original and three copies of this Unopposed Motion to Vacate and Reschedule Oral Argument and the attached Addendum, to be filed in paper format with the Court via Hand Delivery. Copies are being submitted in PDF form by electronic mail to the following on the 13th day of October, 2006:

esubmission@ca10. uscourts.gov        jam@bhgrlaw.com

rliechty@crossliechty.com             mbl@bhgrlaw.com

katym@m-s-lawyers.com

      s/ <u>Jacy T. Jasmer</u>
Jacy T. Jasmer, #36717
Michael S. Freeman, #30007
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:  (303) 607-3500
Facsimile:   (303) 607-3600
jjasmer@faegre.com
mfreeman@faegre.com

Kathryn Miller
Miller & Steiert, PC
1901 W Littleton Blvd
Littleton, CO 80120
katym@m-s-lawyers.com

ATTORNEYS FOR PLAINTIFF-APPELLEE

fb.us.61201572.01