IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **ROBERT HARRIS**<br><br>**Plaintiff-Appellee,**<br><br>v.<br><br>**SUMMIT COUNTY, et al.,**<br><br>**Defendants-Appellants.** | **Case No.   05-1225** |

**APPELLEE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Tenth Circuit Rules 27.3 and 27.4, Appellee Robert Harris ("Harris"), through his attorneys, Faegre & Benson, LLP and Miller & Steiert, PC, respectfully requests a thirty (30) day extension of time, until April 19, 2006, for the filing of his brief.

In support of this motion, Mr. Harris states as follows:

1.     Counsel for Mr. Harris has conferred with counsel for Appellant Monte Gore.  Mr. Gore does not oppose the relief requested.

2.     Mr. Gore's corrected Opening Brief was filed February 13, 2006. Pursuant to Tenth Circuit Rule 31 and the February 9, 2006 directive of the Court Clerk, Mr. Harris' Brief is due on March 20, 2006.

3. Mr. Harris requests this extension because after the filing of Mr. Gore's brief, the attorney at Faegre & Benson principally responsible for this appeal, Matthew Houtsma, announced his departure from the firm effective March 3, 2006. Mr. Houtsma is unavailable to assist with the preparation of Mr. Harris's brief.

4. Undersigned counsel for Mr. Harris is exercising due diligence and is giving priority to preparation of the brief. Another attorney, Jacy Jasmer, will be substituted for Mr. Houtsma as counsel in this appeal. To prepare an adequate brief, however, Ms. Jasmer will require additional time to familiarize herself with the facts and the law in this case.

5. Mr. Harris has not requested any previous extensions of time in this proceeding.

6. Appellant Gore will suffer no prejudice from this extension.

WHEREFORE, Appellee Robert Harris respectfully requests that the deadline for filing his brief be extended by thirty days, until April 19, 2006.

Respectfully submitted this 6th day of March, 2006.

        s/ Michael S. Freeman
Michael S. Freeman
Attorney Registration No.: 030007
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Kathryn Miller
Attorney Registration No.: 10614
Miller & Steiert, PC
1901 W. Littleton Blvd.
Littleton, CO 80120

Attorneys for Appellee Robert Harris

CERTIFICATION OF DIGITAL SUBMISSION

Counsel certifies that all required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form is an exact copy of the written document filed with the Clerk. Counsel also certifies that the digital submission has been scanned for viruses using Trend Micro Office Scan, Version 7.0 (updated March 5, 2006), and according to the program is free of viruses. Copies are being submitted in PDF form by electronic mail to the following this 6th day of March, 2006:

esubmission@ca10.uscourts.gov

Josh A. Marks, Esq.        jam@bhgrlaw.com

Robert M. Liechty, Esq.    rliechty@crossliechty.com

Kathryn Miller, Esq.       katym@m-s-lawyers.com

    s/ Michael S. Freeman
Michael S. Freeman
Attorney Registration No.: 030007
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Kathryn Miller
Attorney Registration No.: 10614
Miller & Steiert, PC
1901 W. Littleton Blvd.
Littleton, CO 80120

Attorneys for Appellee Robert Harris

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2006, a true and correct copy of the foregoing **APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF** was served by first-class U.S. Mail, postage prepaid, upon:

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
BERG HILL GREENLEAF & RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302


Robert M. Liechty, Esq.
CROSS SANDS & SARES
400 S. Colorado Blvd., Suite 900
Glendale, CO 80246

Kathryn Miller, Esq.
MILLER & STEIERT, PC
1901 W. Littleton Blvd.
Littleton, CO 80120


                                                          s/ _____
                                                          Leslie Vandegrift

DNVR1:60335902.01